PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-3735
      E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMUEL JOSEPH ORTIZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:24-cv-02351-DC-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a forty-five-day extension of time to respond to Plaintiff's Complaint in this case from November 4, 2024, up to and including December 19, 2024. In support of this request, the Commissioner respectfully

/ / /

/ / /

Stip. For Ext; 2:24-cv-02351-DC-DMC        -1-

states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by November 4, 2024. Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to December 19, 2024 (45 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until December 19, 2024, to respond to Plaintiff's Complaint.

///

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATE: November 5, 2024 | Law Offices of Francesco |
|   | */s/ Francesco Paulo Benavides\** <br> FRANCESCO PAULO BENAVIDES <br> Attorney for Plaintiff <br> (*as authorized via email on October 28, 2024) |
|   | PHILLIP A. TALBERT <br> United States Attorney |
|   | MATHEW W. PILE <br> Associate General Counsel <br> Office of Program Litigation, Office 7 <br> Social Security Administration |
| DATE: November 5, 2024     By | *s/ Justin L. Martin* <br> JUSTIN L. MARTIN <br> Special Assistant United States Attorney |
|   | Attorneys for Defendant |

ORDER

Pursuant to stipulation, it is so ordered.

Dated:  November 5, 2024

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE